# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JONATHAN A. PASTORE,**

      **Plaintiff,**

v.                                         **Case No: 6:21-cv-1483-PGB-DCI**

**GT MARKETING GROUP USA, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal, filed November 21, 2022. (Doc. 46). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's individual claims against Defendant GT Marketing Group USA, Inc. are **DISMISSED WITH PREJUDICE**, and any other putative class member's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 21, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
      Unrepresented Parties